IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Slavick, David

Printed: 03/24/09

Case Number:  08 B 03779
Judge:  Hollis, Pamela S
Filed:  2/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  January 12, 2009
Confirmed:   April 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,060.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,367.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 387.55 |
| Other Funds: | | 104.63 |
| Totals: | 6,060.00 | 6,060.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael J Worwag | Administrative | 2,200.00 | 2,200.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | Baxter Credit Union | Unsecured | 11,533.86 | 659.13 |
| 4. | Resurgent Capital Services | Unsecured | 10,618.53 | 606.82 |
| 5. | American Express Centurion | Unsecured | 10,268.57 | 586.83 |
| 6. | ECast Settlement Corp | Unsecured | 2,156.53 | 123.24 |
| 7. | Education Resources Institute (TERI) | Unsecured | 1,711.53 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 18,740.94 | 1,071.01 |
| 9. | Discover Financial Services | Unsecured | 5,613.45 | 320.79 |
| 10. | National American | Unsecured | 8,807.25 | 0.00 |
| 11. | Cbc National Collection | Unsecured | | No Claim Filed |
| | | | $ 71,650.66 | $ 5,567.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 363.35 |
| 6.6% | 24.20 |
| | $ 387.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Slavick, David

Printed: 03/24/09

Case Number:  08 B 03779

Judge:  Hollis, Pamela S

Filed:  2/19/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: